**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. Andre Blair Smith | | DISTRICT JUDGE: Janet T. Neff |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:12-cr-17 | 11/20/12 | 8:40 AM - 8:59 AM; 9:05 AM - 10:40 AM | Grand Rapids | |

### APPEARANCES

| Government: Raymond E. Beckering, III | Defendant: Bernard F. Finn | Counsel Designation: Retained |
|---|---|---|

### TYPE OF HEARING

- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendre
  - ☐ not guilty   ☐ guilty
- ✓ Final Pretrial Conference
- ☐ Detention   (waived ☐ )
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ✓ Other: In-Chambers Conference

### DOCUMENTS

- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA

Charging Document:
  ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing:
_____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| Imprisonment: _____ | Plea Agreement Accepted: ☐ Yes  ☐ No |
| Probation: _____ | Defendant informed of right to appeal: ☐ Yes  ☐ No |
| Supervised Release: _____ | Counsel informed of obligation to file appeal: ☐ Yes  ☐ No |
| Fine: $ _____ | Conviction Information: |
| Restitution: $ _____ | Date: _____ |
| Special Assessment: $ _____ | By: _____ |
| | As to Count (s): _____ |

**ADDITIONAL INFORMATION:**
Exhibit list, witness list, joint statement of the case and joint jury instructions due no later than 5:00 p.m. on November 23, 2012.

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
| | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathy Anderson | **Clerk:** Rita Buitendorp |