**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. Andre Blair Smith | | | | DISTRICT JUDGE: Janet T. Neff |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:12-cr-17 | 11/27/12 | 8:34-8:52; 9:05-9:30; 9:37-11:37; 11:46-11:51; 11:55-12:15; 1:59-2:49; 3:10-5:04; | Grand Rapids | |

### APPEARANCES

| Government: Raymond E. Beckering III, Adam B. Townshend | Defendant: Bernard F. Finn | Counsel Designation: Retained |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute  ☐ nolo contendre
  - ☐ not guilty  ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention  (waived ☐ )
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☐ Sentencing
- ✓ Trial
- ✓ Other: In-Chambers Conference

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA
Charging Document:
  ☐ Read   ☐ Reading Waived
Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted: ☐ Yes  ☐ No
Defendant informed of right to appeal: ☐ Yes  ☐ No
Counsel informed of obligation to file appeal: ☐ Yes  ☐ No
Conviction Information:
  Date: _____
  By: _____
  As to Count (s): _____

**ADDITIONAL INFORMATION:**
Day 1; Count I dismissed without prejudice (government to e-file proposed order); Jury selection completed; Opening statements concluded; Government began to present its case;

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
|  | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathy Anderson | **Case Manager:** Rick Wolters |

Criminal Minute Sheet Page 2 of 2
USA v.   Andre Blair Smith
Case No.:   1:12-cr-17
Date:   November 27, 2012

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
| ✕ |   | Kelly Hartung |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| ✕ |   |   | 1, 14, 16 | Yes |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

**ADDITIONAL INFORMATION:**