UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,        No.    1:12-CR-17

   vs.                             Hon.  Janet T. Neff

ANDRE BLAIR SMITH, M.D.,

        Defendant.
_____/

### ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court,

IT IS HEREBY ORDERED that Count 1 of the Superseding Indictment against Defendant is DISMISSED WITHOUT PREJUDICE.


Dated: November 28, 2012        /s/ Janet T. Neff
                                         JANET T. NEFF
                                         United States District Court Judge
                                         Western District of Michigan