# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Andre Blair Smith | | | DISTRICT JUDGE: Janet T. Neff | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:12-cr-17 | 11/28/12 | 8:40 AM - 10:10AM; 10:35 AM - 11:47 AM; 1:27 PM - 3:17 PM; | Grand Rapids | |

### APPEARANCES

| Government: Raymond E. Beckering III, Adam B. Townshend | Defendant: Bernard F. Finn | Counsel Designation: Retained |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment: <br> __ mute __ nolo contendre <br> __ not guilty __ guilty <br> __ Final Pretrial Conference <br> __ Detention (waived __) <br> __ Motion Hearing <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> ✓ Trial <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of Indictment <br> __ Other: _____ <br><br> Court to Issue: <br> __ Order of Detention <br> __ Notice of Sentencing <br> __ Order Appointing Counsel <br> __ Other: _____ | Charging Document: <br> __ Read __ Reading Waived <br> Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: _____ <br><br> __ Presentence Report Ordered <br> __ Presentence Report Waived <br> __ Plea Accepted by the Court <br> __ Plea Taken under Advisement <br> __ No Written Plea Agreement |

### SENTENCING

| Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ | Plea Agreement Accepted: __ Yes __ No <br> Defendant informed of right to appeal: __ Yes __ No <br> Counsel informed of obligation to file appeal: __ Yes __ No <br> Conviction Information: <br>     Date: _____ <br>     By: _____ <br>     As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Day 2; Government continues to present its case;

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |

**CASE TO BE:** 

**TYPE OF HEARING:**

**Reporter/Recorder:** Kathy Anderson     **Case Manager:** Rick Wolters

Criminal Minute Sheet Page 2 of 2
USA v. Andre Blair Smith
Case No.: 1:12-cr-17
Date: November 28, 2012

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
| × | | Michele Warstler |
| × | | Amber Michelle West |
| × | | Travis Lloyd |
| × | | Sarah Flannery |
| | | |
| | | |
| | | |
| | | |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| × | | | 15, 17, 18A, 18B, 7A, 8A, 9A, 5A, 5B, 5C, 8E, 6A, 7B, 8B, 10A, 11, 13A, 6B, 8C, 10C, 10B, 12A | Yes |
| × | | | 8D, 10E, 20, 21 | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ADDITIONAL INFORMATION:**