# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Andre Blair Smith | | | | DISTRICT JUDGE: Janet T. Neff |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:12-cr-17 | 11/29/12 | 8:32 AM - 9:34 AM; 10:05 AM - 11:38 AM; 12:33 PM - 2:20 PM; 2:44 PM - 3:11 PM; | Grand Rapids | |

### APPEARANCES

| Government: Raymond E. Beckering III, Adam B. Townshend | Defendant: Bernard F. Finn | Counsel Designation: Retained |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>　__ mute　__ nolo contendre<br>　__ not guilty　__ guilty<br>__ Final Pretrial Conference<br>__ Detention　(waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>✓ Trial<br>__ Other: ____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: ____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>__ Other: ____ | Charging Document:<br>　__ Read　__ Reading Waived<br>Guilty Plea to Count(s) ____<br>of the ____<br>Count(s) to be dismissed at sentencing:<br>____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

| | |
|---|---|
| Imprisonment: ____<br>Probation: ____<br>Supervised Release: ____<br>Fine: $ ____<br>Restitution: $ ____<br>Special Assessment: $ ____ | Plea Agreement Accepted: __ Yes __ No<br>Defendant informed of right to appeal: __ Yes __ No<br>Counsel informed of obligation to file appeal: __ Yes __ No<br>Conviction Information:<br>　Date: ____<br>　By: ____<br>　As to Count (s): ____ |

**ADDITIONAL INFORMATION:**
Day 3; Government concluded its case and rested; Defendant's Rule 29(a) motion denied; Defendant presented his case and rested;

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathy Anderson | **Case Manager:** Rick Wolters |

Criminal Minute Sheet Page 2 of 2
USA v. Andre Blair Smith
Case No.: 1:12-cr-17
Date: November 29, 2012

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
| × |   | Sarah Flannery (continued from 11/28/12) |
| × |   | Amanda Gillespie |
| × |   | Tiffany Pizzi |
| × |   | Amber West |
|   | × | Michelle Haughton |
|   | × | Andre Blair Smith |
|   |   |   |
|   |   |   |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| × |   |   | 12B, 10D, 3A, 3B, 23, 24, 25, 27, 28 | Yes |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

**ADDITIONAL INFORMATION:**