**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. Andre Blair Smith | | | | DISTRICT JUDGE: Janet T. Neff |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:12-cr-17 | 11/27/12 | 9:05 AM - 9:40 AM;<br>9:45 AM - 11:05 AM;<br>4:21 PM - 4:41 PM<br>4:55 PM - 5:05 PM | Grand Rapids | |

**APPEARANCES**

| Government:<br>Raymond E. Beckering III, Adam B. Townshend | Defendant:<br>Bernard F. Finn | Counsel Designation:<br>Retained |
|---|---|---|

| **TYPE OF HEARING** | **DOCUMENTS** | **CHANGE OF PLEA** |
|---|---|---|
| __ Arraignment:<br>   __ mute    __ nolo contendre<br>   __ not guilty   __ guilty<br>__ Final Pretrial Conference<br>__ Detention  (waived __ )<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>✓ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>X  Other:<br>   Judgment of Acquittal | Charging Document:<br>__ Read   __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

**SENTENCING**

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted:  __ Yes  __ No<br>Defendant informed of right to appeal:  __ Yes  __ No<br>Counsel informed of obligation to file appeal:  __ Yes  __ No<br>Conviction Information:<br>   Date: _____<br>   By: _____<br>   As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Day 4; Jury Instructions, closing arguments, verdict of not guilty.

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
|  | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathy Anderson | **Case Manager:** ⁀⁀⁀⁀7\ f]g˙6 cW\ Y]a |