UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                    Case No. 1:12-cr-17

v                                                    HON. JANET T. NEFF

ANDRE BLAIR SMITH, M.D.,

       Defendant.

                                       /

**ORDER OF ACQUITTAL**

This case having been tried to a jury and the jury having returned a verdict of **NOT GUILTY** as to all counts;

NOW THEREFORE IT IS HEREBY ORDERED that judgment of acquittal be entered.

IT IS SO ORDERED.


Dated:  November 30, 2012              /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        UNITED STATES DISTRICT JUDGE